Beverly Bell
63662-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

BROOKLYN OFFICE

Hon. Judge A. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

August 8, 2006

*I have been advised by the Warden of the MDC that defendant was to day seen by a physician (as she has been monthly) that she is essentially healthy, that the prolapsed uterus was diagnosed prior to her giving birth, and that physicians will continue to monitor her closely.*

*USDJ*
*8/18/06*
*cc: Counsel*
*Ms. Bell*

Dear Judge Ross:

I am writing to you requesting assistance in getting medical attention. I delivered my son on March 25, 2006 and I have not returned to the GYN for the required six weeks examination. Approxiamately three months ago, I caught a cold with a severe cough. I was examined by a physician assistant who informed me that she could not treat me for a cold or a cough.

I explained to the physician assistant that I had recently given birth and was experiencing alot of pressure in my lower abdominal region. After the coughing continued and became more severe, I was seen by Dr. Beaudouin on June 13, 2006 and prescribed an antibiotic by the name of Clarithromycin and Benzonatate for the cough. I was then informed that my uterus had prolapsed. I was told that I would be taken to the GYN to correct my problem and to date this has not occurred. The medication I recieved has not helped me. I am still coughing and still experiencing severe pressure in my abdominal region.

I am extremely concerned for my health and I am kindly requesting your assistance in this matter. I am desperately in need of proper medical assistance and I have been ignored and overlooked.

I am thanking you in advance for your assistance in this matter.

Sincerely Yours,

Beverly Bell

cc: Peter Till, Esq.